**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINA ARMSTEAD, et al.<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY, et al.<br><br>Defendants. | Case: 3:21-cv-05257-LB<br><br>**STIPULATION AND ORDER (AS MODIFIED) TO RESCHEDULE VACATED SETTLEMENT CONFERENCE** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on November 4, 2022, the Parties stipulated to vacating the settlement conference in this matter that was previously scheduled for November 21, 2022, with Judge Donna Ryu due to an issue of whether Decedent's children from his first marriage may be necessary parties to the action. (ECF No. 71)

WHEREAS, the Parties have conferred and believe they will be able to resolve this issue by January 2023.

WHEREAS, the Parties were informed by Judge Ryu's courtroom deputy that Judge Ryu only has two remaining dates available for settlement conferences in January 2023 and that these dates could only be held for the Parties until November 9, 2022.

WHEREAS, the Parties are all available for a settlement conference on January 27, 2023, at 10:00 AM.

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that the Judge Ryu hereby set this matter for Settlement Conference before Judge Ryu on January 27, 2023, at 10:00 AM in Oakland by videoconference.

IT IS SO AGREED.

Dated: November 9, 2022          /s/ Ty Clarke
                                 Ty Clarke
                                 Attorney for Plaintiffs

Dated: November 9, 2022          /s/ Jordan Meyer
                                 Jordan Meyer
                                 Attorney for Defendant Alameda County

Dated: November 9, 2022          /s/ Courtney O'Brien
                                 Courtney O'Brien
                                 Attorney for Defendant City of Oakland

//
//
//

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

# ORDER

It is hereby ordered that this matter is set for settlement conference on **January 27, 2023 at 1:00 p.m.** in Oakland, by Videoconference only before Magistrate Judge Donna M. Ryu. Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated September 7, 2022. [*See* Docket No. 67.]

**IT IS SO ORDERED AS MODIFIED.**

**DATE:** November 10, 2022



_____
**JUDGE DONNA M. RYU**
**United States Magistrate Judge**
**District Court for the Northern District of California**