TIMOTHY P. MURPHY, ESQ. (SBN 120920)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320
Email:  tmurphy@esmlawfirm.com

Attorneys for Defendant
COUNTY OF ALAMEDA

**GOV'T CODE §6103**

EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Blvd., Suite 450
Pleasant Hill CA 94523-3936

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MELINA ARMSTEAD, individually and as the personal representative of the ESTATE OF MILES ARMSTEAD; A.A., a minor, individually and by through her guardian ad litem, MELINA ARMSTEAD; I.L. a minor, individually by and through her guardian ad litem MELINA ARMSTEAD,

Plaintiffs,

v.

COUNTY OF ALAMEDA, a municipal corporation; CITY OF OAKLAND, a municipal corporation; ALEJANDRO PADILLA, in his individual capacity as a police officer for the CITY OF OAKLAND; ERIC GOMES in his individual capacity as a probation officer for the COUNTY OF ALAMEDA; ADRIANA MANZANO-FARRELL, in her individual capacity as a probation officer and supervisor for the COUNTY OF ALAMEDA and DOES 1-50, inclusive.

Defendants.

Case No.:  3:21-cv-05257-LB
*[Assigned to Judge Laurel Beeler]*

**STIPULATION FOR DISMISSAL WITH PREJUDICE [FED. R. CIV. P. 41(a)(1)(A)(ii)] AND [PROPOSED] ORDER**

Plaintiffs MELINA ARMSTEAD, individually and as the personal representative of the ESTATE OF MILES ARMSTEAD; A.A., a minor, individually and by through her guardian ad litem, MELINA ARMSTEAD; I.L. a minor, individually by and through her guardian ad litem MELINA  ARMSTEAD, defendants COUNTY  OF  ALAMEDA, CITY  OF  OAKLAND,

1

EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Blvd., Suite 450
Pleasant Hill CA 94523-3936

ALEJANDRO PADILLA, ERIC GOMES, and ADRIANA MANZANO-FARRELL by and through their respective undersigned attorneys of record, hereby stipulate as follows:

WHEREAS all parties to this action ("Settling Parties") have reached a mutual and amicable settlement and have entered into a separate agreement for settlement of this action, the terms of which are set forth in writing in the "FULL AND FINAL SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS" ("Settlement Agreement"), to fully and finally resolve all matters concerning the Settling Parties without trial;

WHEREAS the Settlement Agreement covers all the claims between the Settling Parties in this action;

WHEREAS the Settling Parties agree to pay their own attorneys' fees and costs; and

WHEREAS there are no further issues for the Court to resolve as between the Settling Parties;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that defendants COUNTY OF ALAMEDA, CITY OF OAKLAND, ALEJANDRO PADILLA, ERIC GOMES, and ADRIANA MANZANO-FARRELL  be dismissed with prejudice from the above-captioned action, thereby resulting in dismissal of the entire action, with prejudice.

IT IS SO STIPULATED.

DATED:  January 24, 2024                    POINTER & BUELNA, LLP


By ____/s/ Patrick Buelna_____
        Patrick Buelna, Esq.
        Attorneys for Plaintiffs
        MELINA ARMSTEAD, individually and as
        the personal representative of the ESTATE
        OF MILES ARMSTEAD; A.A., a minor,
        individually and by through her guardian ad
        litem, MELINA ARMSTEAD; I.L. a minor,
        individually by and through her guardian ad
        litem MELINA ARMSTEAD

Stipulation for Dismissal with Prejudice [FED.R.CIV.P. 41(a)(1)(A)(ii) and [Proposed] Order

DATED: January 24, 2024

By ___/s/ Courtney H. O'Brien_____
  Courtney H. O'Brien, Deputy City of Attorney
  Attorneys for Defendant
  CITY OF OAKLAND; ALEJANDRO PADILLA

DATED: January 24, 2024     EDRINGTON, SCHIRMER & MURPHY LLP

By ___/s/ Timothy P. Murphy_____
  Timothy P. Murphy, Esq.
  Attorneys for Defendant
  COUNTY OF ALAMEDA

DATED: January 24, 2024     RIVER HEWITT PAUL LLP

By ___/s/ Jonathan B. Paul_____
  Jonathan B. Paul, Esq.
  Attorneys for Defendant
  ADRIANA MANZANO-FARRELL

DATED: January 24, 2024     COLLINS & COLLINS LLP

By ___/s/ Megan K. Lieber_____
  Megan K. Lieber, Esq.
  Attorneys for Defendant
  ERIC GOMES

EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Blvd., Suite 450
Pleasant Hill CA 94523-3936

3

Stipulation for Dismissal with Prejudice [FED.R.CIV.P. 41(a)(1)(A)(ii) and [Proposed] Order

EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Blvd., Suite 450
Pleasant Hill CA 94523-3936

**ATTESTATION**

I hereby attest that I have obtained the concurrence of all parties through their counsel for the filing of this document.

 */s/ Timothy P. Murphy*_____

TIMOTHY P. MURPHY, ESQ.
Attorney for Defendant COUNTY OF ALAMEDA,

**ORDER**

Having reviewed the foregoing Stipulation, and good cause appearing, it is hereby ORDERED that defendants COUNTY OF ALAMEDA, CITY OF OAKLAND, ALEJANDRO PADILLA, ERIC GOMES, and ADRIANA MANZANO-FARRELL, are hereby dismissed with prejudice from the above-captioned action, each party to bear its/his/her/their own attorneys' fees and costs. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____      _____

The Honorable Laurel Beeler
United States District Judge

4

Stipulation for Dismissal with Prejudice [FED.R.CIV.P. 41(a)(1)(A)(ii) and [Proposed] Order